**In the United States District Court
For the Southern District of Texas
Houston Division**

| | | |
|---|---|---|
| Donald F. Jarrells, *Plaintiff* § § § | | |
| vs § § | | |
| The Service Center, Ltd. and Randolph Musgrove, Gordan Musgrove, Richard Musgrove and Brian Goodwin, as agents of The Service Center, Ltd and individually *Defendants* § § § § § § § | Civil Action No. 4:09-cv-01752 | |

United States District ...
Southern District of Texas
FILED
JUN 2 2 2009

Clerk of Court

**Joint Stipulation of Dismissal
as to
Defendant Employer Flexible HR, Inc.**

Plaintiff Donald F. Jarrells and Defendant Employer Flexible HR, Inc. file this Joint Stipulation of Dismissal under Federal Rule 41(a).

1. On June 10, 2009 Plaintiff filed with this Court his First Amended Petition. The First Amended Petition deletes all cause of action previously asserted against Defendant Employer Flexible HR, Inc.

2. On June 10, 2009 Plaintiff also filed a Motion to Remand in which he expressly stated that he intended to discontinue all claims against Employer Flexible HR.

3. Employer Flexible HR, Inc. joins in this stipulation, and requests that it be dismissed from the case.

4. Plaintiff's dismissal of Employer Flexible HR, Inc. from this case is without prejudice.

5. Plaintiff is dismissing only his claims against Employer Flexible HR, Inc. The claims against the other defendants remain, as stated in the First Amended Petition.

6. Defendant Employer Flexible HR, Inc. removed this case to this Court. None of the Defendants have answered in this matter, and there are no counter claims or cross actions.

7. Counsel for the remaining defendants does not oppose the dismissal of Employer Flexible HR.

Respectfully submitted:

*Jessica Burkett*

Jessica L. Burkett   SBN: 24064977
Park & Burkett, PLLC
10333 Harwin Drive, Suite 638
Houston, TX 77036
jessica@parkburkett.com

Attorney in charge for
Plaintiff Donald F. Jarrells


**Agreed**:

_____
Robert C. Rice
Texas Bar no. 16833990
SD Tex Bar no. 008191
rcrice@rice-law.com

Rice & Associates, p.c.
1010 Lamar, Suite 1530
Houston, TX 77002
(713) 655-9090
(713) 655-9191 fax

Attorney in Charge for
Defendant Employer Flexible HR, Inc.

## Certificate of Service

I hereby certify that on  6/22/09  I served all counsel of record with a copy of the above Joint Stipulation of Dismissal by certified mail, return receipt requested.

Robert C. Rice
Rice & Associates, p.c.
1010 Lamar, Suite 1530
Houston, TX 77002

William S. Osborn
Attorney at Law
440 Louisiana Street, Suite 1400
Houston, Texas 77002

_____